IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

PHILLIP DEWAYNE STEWART                                           PLAINTIFF
ADC #151956

v.                       No: 1:19-cv-00107 JM-PSH

DOWNING                                                           DEFENDANT

## ORDER

The Court has reviewed the Proposed Findings and Recommendation submitted by United States Magistrate Judge Patricia S. Harris, and the objections filed.[1] After carefully considering the objections and making a *de novo* review of the record in this case, the Court concludes that the Proposed Findings and Recommendation should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT:

1. Stewart's motion for leave to proceed *in forma pauperis* (Doc. No. 2) is DENIED, and this case is DISMISSED WITHOUT PREJUDICE.

2. Stewart has thirty days to reopen the case by paying the $400 filing and administrative fees in full and filing a Motion to Reopen.

DATED this 25th day of November, 2019.

_____
UNITED STATES DISTRICT JUDGE

---

[1] Plaintiff complains that he has not received a copy of his complaint filed 10/29/19. The Court records show that a copy of the complaint was mailed to Plaintiff on 10/29/19. Plaintiff makes no additional allegations regarding his claim in his objections.