# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

**PHILLIP DEWAYNE STEWART**                                                 **PLAINTIFF**
**ADC #151956**

v.                    **No: 1:19-cv-00107 JM-PSH**

**DOWNING**                                                                   **DEFENDANT**

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice.

DATED this 25th day of November, 2019.

_____
UNITED STATES DISTRICT JUDGE